# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **CYMANTHA RIDEOUT,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**<br><br>                              **Defendant.** | Civil Action No. 4:20-cv-00079-JHM-HBB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action shall be and is dismissed with prejudice, with each of the parties bearing their own attorneys' fees and costs.

* * * * * * * *

Respectfully submitted by:

| | |
|---|---|
| s/ Andrew M. Grabhorn | s/ Tina M. Bengs (By Permission) |
| Michael D. Grabhorn<br>m.grabhorn@grabhornlaw.com<br>Andrew M. Grabhorn<br>a.grabhorn@grabhornlaw.com<br>**Grabhorn Law | Insured Rights®**<br>2525 Nelson Miller Parkway, Suite 107<br>Louisville, KY 40223<br>p (502) 244-9331<br>f (502) 244-9334<br><br>*Counsel for Plaintiff* | Tina M. Bengs, *pro hac vice*<br>tina.bengs@ogletree.com<br>Kevin E. Roberts<br>kevin.Roberts@ogletree.com<br>Eric Mathisen, *pro hac vice*<br>eric.mathisen@ogletree.com<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**.<br>111 Monument Circle, Suite 4600<br>Indianapolis, IN 46204<br>317-916-1300<br><br>*Counsel for Defendant* |